UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY J. GEORGE,<br><br>                Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE BANK, N.A., et al.,<br><br>                Defendant. | Case No. 2:12-cv-00624-GMN-PAL<br><br>**ORDER** |

This matter is before the court on the parties' failure to file a joint status report as required in Order (Dkt. #3) entered April 16, 2012, regarding removal of this case to federal district court. On May 3, 2012, Defendants filed a signed Statement (Dkt. #13) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

**IT IS ORDERED** the parties shall file a joint status report **no later than 4:00 p.m., June 7, 2012,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

Dated this 24th day of May, 2012.

                                                                   Peggy A. Leen<br>                                                                   United States Magistrate Judge