# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

JEFFREY J. GEORGE,

                Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

COUNTRYWIDE BANK, N.A., et al.,

Case Number: 2:12-cv-00624-GMN-PAL

                Defendants.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

that the case is dismissed with prejudice.

May 1, 2013

Date

/s/ Lance S. Wilson

Clerk

/s/ Michael Zadina

(By) Deputy Clerk